HENRY OESTREICHER, Respondent, v. JOHN SIMPSON et al.,
Appellants.

*Negligence — appraisers — action to recover for alleged negligent appraisal of jewelry.*

Oestreicher v. Simpson, 216 App. Div. 713, affirmed.

(Argued October 12, 1926; decided November 16, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 1, 1926, affirming a judgment in favor of plaintiff entered upon a verdict. The action was to recover for an alleged negligent appraisal of jewelry. The complaint alleged that plaintiff hired defendants, who represented themselves to be expert appraisers, to appraise certain jewelry which he informed them he desired to purchase, and that defendants negligently fixed the value thereof at $22,000, when in fact it was worth no more than $10,550, and that relying upon defendant's appraisal plaintiff purchased the jewelry for $17,598.33 and was damaged accordingly.

*Clarence K. McGuire* for appellants.

*Jonah J. Goldstein* and *Joseph W. Ferris* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

RICHARD CROKER, JR., Respondent and Appellant, v. NEW YORK TRUST COMPANY, as Temporary Administrator of the Estate of RICHARD CROKER, Deceased, Appellant and Respondent.

*Loan — accounting — action to recover moneys alleged to have been loaned — defenses of payment and Statute of Limitations — counterclaim for accounting and transfer of property.*

Croker v. New York Trust Co., 215 App. Div. 681, affirmed.

(Argued October 13, 1926; decided November 16, 1926.)

CROSS-APPEALS from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 17, 1925, modifying and affirm-